# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

CHAD BILLSON                                                   PLAINTIFF

v.                              No. 4:23-cv-978-DPM

UNION PACIFIC
RAILROAD COMPANY                                      DEFENDANT

## JUDGMENT

Billson's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

31 October 2023